UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br>　　　　Plaintiff,<br>　　v.<br>CONCORD FEED & FUEL, INC., et al.,<br>　　　　Defendants. | Case No. 17-cv-02520-WHO<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 27 |

　　Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: December 18, 2017

_____
WILLIAM H. ORRICK
United States District Judge